Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
Aleries Lau, Esq. (SBN 340709)
Brooke M. Mesner, Esq. (SBN 354265)
Jessica R. Pfeiff, Esq. (SBN 351615)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: mdean@deangazzo.com
          lroistacher@deangazzo.com
          ksullivan@deangazzo.com
          alau@deangazzo.com
          bmesner@deangazzo.com
          jpfeiff@deangazzo.com

Attorneys for Defendants,
County of San Diego, Aseel Ross, and Oscar Guerra-Ramirez

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA SETTLES, as successor in interest to Decedent MATTHEW SETTLES, and in her own right,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; ANTHONY CRUZ, in his individual capacity; JANET MEDENWALD-HOGG, in her individual capacity; ASEEL ROSS, in her individual capacity; JASON BALINGIT, in his individual capacity; NAPHCARE, INC.; NAPHCARE OF SAN DIEGO, LLC; OSCAR GUERRA-RAMIREZ; and DOES 1-20,<br><br>Defendants. | Case No. 3:24-cv-00352-CAB-MSB<br><br>**NOTICE OF APPEARANCE OF LEE H. ROISTACHER**<br><br>Judge:  Hon. Cathy Ann Bencivengo<br>Magistrate: Hon. Michael S. Berg<br><br>Complaint Filed: February 22, 2024<br>Trial Date: None set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

///

**PLEASE TAKE NOTICE** that Lee H. Roistacher of the law firm of Dean Gazzo Roistacher LLP hereby appears as counsel for defendants County of San Diego, Aseel Ross, and Oscar Guerra-Ramirez in the above-referenced action. Effective immediately, please add Lee H. Roistacher as an attorney to be noticed on all matters at the following address:

> Dean Gazzo Roistacher LLP
> Lee H. Roistacher, Esq. (SBN 179619)
> 440 Stevens Avenue, Suite 100
> Solana Beach, CA 92075
> Telephone: (858) 380-4683
> Facsimile: (858) 492-0486
> E-mail: lroistacher@deangazzo.com

Dated: January 13, 2026                     Dean Gazzo Roistacher LLP

By: */s/ Lee H. Roistacher*
Mitchell D. Dean
Lee H. Roistacher
Kimberly A. Sullivan
Aleries Lau
Brooke M. Mesner
Jessica R. Pfeiff
Attorneys for Defendants,
County of San Diego, Aseel Ross,
and Oscar Guerra-Ramirez
Email: mdean@deangazzo.com
       lroistacher@deangazzo.com
       ksullivan@deangazzo.com
       alau@deangazzo.com
       bmesner@deangazzo.com
       jpfeiff@deangazzo.com