| | |
|---|---|
| 1 | Dean Gazzo Roistacher LLP |
| 2 | Mitchell D. Dean, Esq. (SBN 128926) |
|   | Lee H. Roistacher, Esq. (SBN 179619) |
| 3 | Kimberly A. Sullivan, Esq. (317857) |
|   | Aleries Lau, Esq. (SBN 340709) |
| 4 | Brooke M. Mesner, Esq. (SBN 354265) |
|   | Jessica R. Pfeiff, Esq. (SBN 351615) |
| 5 | 440 Stevens Avenue, Suite 100 |
|   | Solana Beach, CA  92075 |
| 6 | Telephone: (858) 380-4683 |
|   | Facsimile: (858) 492-0486 |
| 7 | E-mail: mdean@deangazzo.com |
|   |           lroistacher@deangazzo.com |
| 8 |           ksullivan@deangazzo.com |
|   |           alau@deangazzo.com |
| 9 |           bmesner@deangazzo.com |
|   |           jpfeiff@deangazzo.com |

Attorneys for Defendants,
County Of San Diego, Aseel Ross and Oscar Guerra-Ramirez

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA SETTLES, as successor in interest to Decedent MATTHEW SETTLES, and in her own right,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; ANTHONY CRUZ, in his individual capacity; JANET MEDENWALD-HOGG, in her individual capacity; ASEEL ROSS, in her individual capacity; JASON BALINGIT, in his individual capacity; NAPHCARE, INC.; NAPHCARE OF SAN DIEGO, LLC; OSCAR GUERRA-RAMIREZ; and DOES 1-20,<br><br>Defendants. | Case No. 3:24-cv-00352-CAB-MSB<br><br>**NOTICE OF APPEARANCE OF KIMBERLY A. SULLIVAN**<br><br>Judge:  Hon. Cathy Ann Bencivengo<br>Magistrate: Hon. Michael S. Berg<br><br>Complaint Filed: February 22, 2024<br>Trial Date: None set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

///

1

Case No. 3:24-cv-00352-CAB-MSB

1  **PLEASE TAKE NOTICE** that Kimberly A. Sullivan of the law firm of Dean Gazzo Roistacher LLP hereby appears as counsel for defendants County of San Diego, Aseel Ross and Oscar Guerra-Ramirez in the above-referenced action. Effective immediately, please add Kimberly A. Sullivan as an attorney to be noticed on all matters at the following address:

> Dean Gazzo Roistacher LLP
> Kimberly A. Sullivan, Esq. (SBN 317857)
> 440 Stevens Avenue, Suite 100
> Solana Beach, CA 92075
> Telephone: (858) 380-4683
> Facsimile: (858) 492-0486
> E-mail: ksullivan@deangazzo.com

Dated: January 13, 2026                    Dean Gazzo Roistacher LLP

By: */s/ Kimberly A. Sullivan*
Mitchell D. Dean
Lee H. Roistacher
Kimberly A. Sullivan
Aleries Lau
Brooke M. Mesner
Jessica R. Pfeiff
Attorneys for Defendants,
County Of San Diego, Aseel Ross and Oscar Guerra-Ramirez
Email: mdean@deangazzo.com
lroistacher@deangazzo.com
ksullivan@deangazzo.com
alau@deangazzo.com
bmesner@deangazzo.com
jpfeiff@deangazzo.com